No. 737. LUKENS v. OHIO. April 12, 1943. Petition for writ of certiorari to the Court of Appeals of Ohio denied. *Mr. E. Guy Hammond* for petitioner.

No. 769. SIOUX TRIBE OF INDIANS v. UNITED STATES. April 19, 1943. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Ralph H. Case, James S. Y. Ivins,* and *Richard B. Barker* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson* and *Roger P. Marquis* for the United States.

No. 776. CLARKE v. UNITED STATES. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John F. Garvin* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* for the United States.

No. 779. CURTIS v. UTAH FUEL CO. ET AL. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Nicholas J. Curtis, pro se. Messrs. H. Brua Campbell* and *Grover A. Giles* for respondents.

No. 803. SCOTT REALTY COMPANY v. LA SALLE & KOCH CO. April 19, 1943. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Messrs. Harold W. Fraser* and *Erwin R. Effler* for petitioner. *Messrs. E. J. Marshall* and *Seth W. Richardson* for respondent.